IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) S.W. No. 2:13-SW-687 |
| 838 Southdale Court, Galt, California 95632 | ) **[PROPOSED] ORDER** |

Good cause appearing, the Court hereby orders that the search warrant, affidavit, and application for search warrant in the above-captioned case be unsealed.

Dated: July 4, 2014

KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

PETITION TO UNSEAL                    2